IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JONATHAN SAWYER                                               PLAINTIFF

V.                                        CAUSE NO. 5:18-CV-69-DCB-JCG

CLEMENT CAMPBELL, NATCHEZ
CASINO OPCO, LLC d/b/a MAGNOLIA BLUFFS
CASINO, AND ZURICH AMERICAN INSURANCE
COMPANY                                        DEFENDANTS

CONSOLIDATED WITH

ELIZABETH SAWYER                                     PLAINTIFF

V.                                      CIVIL ACTION NO. 5:18-CV-110-DCB-MTP

CLEMENT CAMPBELL, NATCHEZ CASINO
OPCO, LLC d/b/a MAGNOLIA BLUFFS
CASINO, and ZURICH AMERICAN
INSURANCE COMPANY                           DEFENDANTS

**AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANT, ZURICH AMERICAN INSURANCE COMPANY**

This cause having come before the Court on the joint motion of the Plaintiff, Jonathan Sawyer ("Plaintiff"), and Defendant, Zurich American Insurance Company ("Zurich American"), for an Agreed Final Judgment of Dismissal with Prejudice as to all claims of Plaintiff against Zurich American, and the Court, being advised in the premises and having found that Plaintiff's claims against Zurich American have been fully and completely compromised and settled, finds that this motion is well taken and should be and is hereby granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that all claims of Plaintiff, Jonathan Sawyer, against Defendant, Zurich American Insurance Company, in the above styled and numbered cause, shall be and are hereby dismissed with prejudice, with the parties to bear their own costs, said dismissal being pursuant to Rule 54(b) of the Federal Rules of Civil

Procedure in that the Court finds that there is no just reason for delay.

**IT IS SO ORDERED AND ADJUDGED**, this the 6th day of September, 2019.

s/David Bramlette<br>UNITED STATES DISTRICT JUDGE

AGREED:

*/s/William C. Griffin*
WILLIAM C. GRIFFIN (MSB #5021)
SESSUMS DALLAS, PLLC
240 Trace Colony Park Drive, Suite 100
Ridgeland, MS 39157
Telephone: (601) 933-2040
Telecopier: (601) 933-2050
wgriffin@sessumsdallas.com
*Counsel for Plaintiff, Jonathan Sawyer*

*/s/Joseph W. Gill*
EDWARD J. CURRIE, JR. (MSB #5546)
JOSEPH W. GILL (MSB #102606)
CURRIE JOHNSON & MYERS, P.A.
1044 River Oaks Drive
P. O. Box 750
Jackson, MS 39205-0750
Telephone: (601) 969-1010
Telecopier: (601) 969-5120
ecurrie@curriejohnson.com
jgill@curriejohnson.com
*Counsel for Defendant, Zurich American Insurance Company*