IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JONATHAN SAWYER                                              PLAINTIFF

V.                  CIVIL ACTION NO. 5:18-CV-69-DCB-JCG

CLEMENT CAMPBELL, *et al.*                               DEFENDANTS

*Consolidated With*

ELIZABETH SAWYER                                        PLAINTIFF

V.                CIVIL ACTION NO. 5:18-CV-110-DCB-MTP

CLEMENT CAMPBELL, *et al.*                               DEFENDANTS

## AGREED ORDER GRANTING NATCHEZ CASINO OPCO, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT

THIS MATTER IS BEFORE THE COURT on the Motion for Partial Summary Judgment filed by Natchez Casino Opco, LLC d/b/a Magnolia Bluffs Casino ("Magnolia") on October 14, 2019 (Doc.# 113) in which Magnolia seeks dismissal with prejudice of the negligent hiring/retention, training, and supervision claims asserted against it. The only remaining Plaintiff, Elizabeth Sawyer, agrees that Magnolia's Motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Magnolia's Motion for Partial Summary Judgment is granted, and all hiring/retention, training, and supervision claims asserted against Magnolia are hereby dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 6th day of December, 2019.

                                                         s/David Bramlette
                                                         UNITED STATES DISTRICT JUDGE

AGREED:


/s Matthew Lee Devereaux
MATTHEW LEE DEVEREAUX
ERICA A. HYLA
*Attorneys for Plaintiff Elizabeth Sawyer*

/s Mark C. Woods
WILTON V. BYARS, III
MARK C. WOODS
*Attorneys for Defendant Natchez Casino Opco, LLC*
*d/b/a Magnolia Bluffs Casino*