IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JONATHAN SAWYER                                                                           PLAINTIFF

V.                                                            CIVIL ACTION NO. 5:18-CV-69-DCB-JCG

CLEMENT CAMPBELL, *et al.*                                                             DEFENDANTS

*Consolidated With*

ELIZABETH SAWYER                                                                          PLAINTIFF

V.                                                          CIVIL ACTION NO. 5:18-CV-110-DCB-MTP

CLEMENT CAMPBELL, *et al.*                                                             DEFENDANTS

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for hearing on motion of the parties *ore tenus* to dismiss the plaintiff, Elizabeth Sawyer's, cause of action with prejudice, and this Court, having considered the same and being fully advised in the premises, and it appearing that this entire cause has now been compromised and settled as between and among all parties, is of the opinion that said motion is well-taken and should be, and the same is, hereby granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause be and the same is hereby dismissed with prejudice, with each party bearing its own costs.

SO ORDERED AND ADJUDGED, this the   6th   day of February, 2020.

                                                      s/David Bramlette
                                                      DISTRICT COURT JUDGE

**Agreed to:**

s/ Matthew L. Devereaux
MATTHEW L. DEVEREAUX
*Attorney for Plaintiff*

s/ Mark C. Woods
WILTON V. BYARS, III
MARK C. WOODS
*Attorneys for Defendants*

**Presented by:**

Wilton V. Byars, III
Mark C. Woods
Daniel Coker Horton & Bell, P.A.
265 North Lamar Boulevard, Suite R
Post Office Box 1396
Oxford, Mississippi 38655-1396
Telephone:  662-232-8979
Facsimile:   662-232-8940